IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00326-PAB-11

UNITED STATES OF AMERICA,

Plaintiff,

v.

11. ROSEANN GONZALES,
a/k/a "ROSEANN ROMERO",

Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals

Service requiring the United States Marshal to produce Roseann Gonzales, a/k/a

"Roseann Romero", Offender ID: 639398, before a United States Magistrate Judge

forthwith for proceedings and appearances upon the outstanding Federal warrant from

charges in U.S. v. Jeremy Antuna, et al., case number 10-cr-00326-PAB, in the above-

captioned case, and to hold her at all times in the United States Marshal's custody as an

agent of the United States of America until final disposition of the defendant's case, and

thereafter to return the defendant to the institution where she is now confined.

SO ORDERED this _16th_ day of _June_, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO