IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00326-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.    LUIS DOMINGUEZ,
11.  ROSEANN GONZALES,

    Defendants.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendant Roseann Gonzales' Motion for Alternative Counsel to Stand in for Counsel of Record for Defendant Roseann Gonzales at the August 3, 2010 Status Hearing [Docket No. 327]. The motion indicates that counsel for co-defendant Luis Dominguez has agreed to stand in for Ms. Gonzales' counsel at the August 3, 2010 status conference. There is no indication in the motion, however, that Ms. Gonzales waives any conflict of interest between her and co-defendant Dominguez or that Mr. Dominguez waives any such conflict. Until the Court knows whether defendants have waived any such conflict, it cannot rule on defendant Gonzales' motion. Therefore, it is

    **ORDERED** that, on or before July 26, 2010, defendants Roseann Gonzales and Luis Dominguez shall file waivers of any conflict of interest to having counsel for Mr. Dominguez represent both of them at the August 3, 2010 status conference.

    DATED July 22, 2010.