# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: May 13, 2011 |
| Court Reporter: Janet Coppock | Time: 36 minutes |
| Probation Officer: Gerald Mason | Interpreter: n/a |

**CASE NO. 10-CR-00326-PAB-11**

<u>Parties</u>                                                    <u>Counsel</u>

**UNITED STATES OF AMERICA,**               Kasandra Carleton
                                                                    MJ Menendez
                                                                    Special Agent Shane Messner

        Plaintiff,

vs.

**11. ROSEANN GONZALES,**                     Jeffrey Edelman

        Defendant.

## SENTENCING

**1:34 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Case 1:10-cr-00326-PAB   Document 1462   Filed 05/13/11   USDC Colorado   Page 2 of 4

Page Two
10-CR-00326-PAB-11
May 13, 2011

**Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 (Doc #1401), filed 4/25/11.**

**Defendant's Motion for Variance Pursuant to 18 U.S.C. § 3553 (Doc #1403), filed 4/25/11.**

Argument by Ms. Carleton in support of Government's motion.

Argument by Mr. Edelman.

Court states its findings and conclusions.

**ORDERED:** Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 (Doc #1401), filed 4/25/11, is **GRANTED.**

Court addresses defendant's objections to the presentence investigation report.

Argument by Mr. Edelman.

Argument by Ms. Carleton.

Defendant addresses the Court.

**ORDERED:** Defendant's objections to the presentence investigation report are **OVERRULED.**

**ORDERED:** Defendant's Motion for Variance Pursuant to 18 U.S.C. § 3553 (Doc #1403), filed 4/25/11, is **DENIED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered her plea on **February 8, 2011** to count **One of the Information.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **8** months, to be served concurrently with sentence of imprisonment imposed in Weld County Case No. 08CR95.

Page Three
10-CR-00326-PAB-11
May 13, 2011

Court RECOMMENDS that defendant receive credit for **time served** in Federal custody.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **one** year.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for (drug/alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
        be required to pay the cost of electronic monitoring as directed by the

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Costs of imprisonment and supervised release are WAIVED.

Page Four
10-CR-00326-PAB-11
May 13, 2011

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Government's Motion to Dismiss Counts 1, 92, 94 and 94 of the First Superseding Indictment (Doc # 1391), filed 4/21/11, is **GRANTED.**

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**2:10 p.m.**     **COURT IN RECESS**

**Total in court time:**      **36 minutes**

**Hearing concluded**