IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00326-PAB-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11.    ROSEANN GONZALES,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the Government's Motion to Dismiss Counts 1, 92, 93 and 94 [Docket No. 1391]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Government's Motion to Dismiss Counts 1, 92, 93 and 94 [Docket No. 1391] is granted. Counts 1, 92, 93, and 94 of the First Superseding Indictment are dismissed as to defendant Roseann Gonzales.

DATED May _13_, 2011.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge